IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMIA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:21-cv-00312 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| BRIDGE WF TN ABBINGTON, LLC ) | |
| and BRIDGE PROPERTY ) | |
| MANAGEMENT, L.C., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Defendants' Motion for Remand (Doc. No. 7, "Motion"). The Motion indicates that, after removal, Defendants discovered that certain sub-members of Defendant Bridge WF TN Abbington, LLC share citizenship with Plaintiff, which destroys diversity. *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009) ("The general rule is that all unincorporated entities—of which a limited liability company is one—have the citizenship of each partner or member."); *Patel v. Henslee Chicken, LLC*, No. 3:20-CV-00281, 2020 WL 7260926, at *3 (M.D. Tenn. Dec. 10, 2020) (discussing *Delay*) (Richardson, J.). Therefore, the Court concludes that the Motion—which Plaintiff surely does not oppose even if there were a valid basis for opposition—is well taken.

Accordingly, the Motion is **GRANTED**, and this action is remanded to the Davidson County Circuit Court for further proceedings, pursuant to 28 U.S.C. § 1447. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE